**Order entered August 27, 2019**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00486-CR**
**No. 05-19-00487-CR**

**ETHAN CHRISTIAN CARLES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 15th Judicial District Court**
**Grayson County, Texas**
**Trial Court Cause No. 070011 & 070012**

## ORDER

Ethan Christian Carles entered open pleas of guilty to two offenses of aggravated assault with a deadly weapon. On March 28, 2019, the trial court found appellant guilty and sentenced him to twelve years in prison in 05-19-00486-CR (trial court cause #070011) and placed appellant on deferred adjudication for ten years in 05-19-00487-CR (trial court cause #070012). Appellant filed timely notices of appeal. Appellant's briefs were due by August 5, 2019. In 05-19-00486-CR, counsel filed an *Anders* brief and a motion to withdraw on July 30, 2019. However, no brief was filed in 05-19-00487-CR.

We notified appellant by postcard dated August 12, 2019 and directed him to file his brief and a motion to extend time to file the same in 05-19-00487-CR by August 22, 2019. We

cautioned appellant that the failure to file a brief by that date would result in the appeals being abated for a hearing. *See* TEX. R. APP. P. 38.8(b). No brief has been filed.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal, whether appellant has abandoned the appeal, or whether appointed counsel has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per curiam). If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **TWENTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send copies of this order to the Honorable James Fallon, Presiding Judge, 15th Judicial District Court; to Rick Dunn; and to the Grayson County District Attorney's Office.

These appeals are **ABATED** to allow the trial court to comply with the above order. The appeals shall be reinstated twenty days from the date of this order or when the findings are received, whichever is earlier.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE